IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JEROME L. LE-MON | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 5:10-CV-205 (MTT) |
| MICHAEL ROGERS, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This case is before the Court on the Recommendation (Doc. 8) of United States Magistrate Judge Claude W. Hicks, Jr. on Plaintiff Jerome L. Le-Mon's civil rights complaint (Doc. 1) under 42 U.S.C. § 1983. The Magistrate Judge recommends dismissing the Plaintiff's request for injunctive relief because the Plaintiff has been transferred from the facility about which he complains, rendering his claim for injunctive relief against said facility moot. However, the Magistrate Judge recommends allowing the plaintiff's claims for damages against Defendant Rogers to go forward. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Plaintiff's complaint for injunctive relief is dismissed, and the complaint for damages shall go forward.

**SO ORDERED**, this the 20th day of July, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

tm