IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEROME L. LE-MON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-205 (MTT) |
| MICHAEL ROGERS, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 34). The Magistrate Judge recommends granting the Defendant's Motion to Dismiss and dismissing the Plaintiff's deliberate indifference and retaliation claims because they fail to state claims upon which relief can be granted. Because the Plaintiff's claims serving as the basis for original federal court jurisdiction must be dismissed, the Magistrate Judge recommends dismissing the Plaintiff's state law claims without prejudice so that he may attempt to pursue them in state court. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Motion to Dismiss is **granted**. The Plaintiff's deliberate indifference and retaliation claims are **dismissed with prejudice**, and the Plaintiff's state law claims are **dismissed without prejudice**.

-2-

**SO ORDERED,** this 27th day of September, 2011.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
